UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RUSSELL TEMPLET                                          CIVIL ACTION

VERSUS                                                   NUMBER 07-680-RET-DLD

NATIONAL FIRE & MARINE
INSURANCE COMPANY

## NOTICE

Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the U.S. District Court.

In accordance with 28 U.S.C. §636(b)(1), you have ten days from date of receipt of this notice to file written objections to the proposed findings of fact and conclusions of law set forth in the Magistrate Judge's Report. A failure to object will constitute a waiver of your right to attack the factual findings on appeal.

**ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.**

Baton Rouge, Louisiana, this 27th day of October, 2007.

_____
MAGISTRATE JUDGE DOCIA L. DALBY

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RUSSELL TEMPLET

VERSUS

NATIONAL FIRE & MARINE
INSURANCE COMPANY

CIVIL ACTION

NUMBER 07-680-RET-DLD

### REPORT AND RECOMMENDATION

This removed action comes before the Court on a Joint Motion to Remand (rec. doc. 2), by plaintiff and defendant. Plaintiff has filed a stipulation that the amount in controversy does not exceed the seventy-five thousand dollar ($75,000) jurisdictional requirement. Defendant, which has the burden of establishing jurisdiction on removal, has not contested the sufficiency of the affidavit and joins in the motion to remand. The Court therefore is not presented with any issue as to the sufficiency or adequacy of the post-removal affidavit to defeat federal jurisdiction. For the reasons stated above,

**IT IS THE RECOMMENDATION** of the court that the Joint Motion to Remand (rec. doc. 2) be **GRANTED** and this matter be **REMANDED** to the 23rd Judicial District Court for the Parish of Ascension, State of Louisiana, for lack of jurisdiction over the subject matter.

Baton Rouge, Louisiana, this 26th day of October, 2007.

_____
MAGISTRATE JUDGE DOCIA L. DALBY