UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RUSSELL TEMPLET

VERSUS

NATIONAL FIRE & MARINE
INSURANCE COMPANY

CIVIL ACTION

NO. 07-680-C

### RULING

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated October 27, 2007, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the Joint Motion to Remand will be granted and this matter will be remanded to the 23rd Judicial District Court for the Parish of Ascension, State of Louisiana, for lack of jurisdiction over the subject matter.

Baton Rouge, Louisiana, November 16, 2007.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA